*1049 525 U. S. 836; 526 U. S. 1097; 526 U. S. 1099; 526 U.S. 1116; 525 U. S. 1168; 526 U. S. 1026; 526 U. S. 1053; 526 U. S. 1073; 526 U. S. 1089; 526 U. S. 1100; 526 U. S. 1119; 526 U. S. 1120; 526 U. S. 1092; 526 U. S. 1134; *1050 526 U. S. 1134; 526 U. S. 1135; 526 U. S. 1097; 526 U. S. 1136; 526 U. S. 1104; and 526 U. S. 1097. Petitions for rehearing denied.
No. 98-8607.
No. 98-8651.
No. 98-8741.
No. 98-8749.
No. 98-8766.
No. 98-8925.